IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02132-PAB

KATHERINE GRUIS,

    Plaintiff,

v.

LORI HERALD,
DAVID B. DILLON,
THE KROGER CO., d/b/a
Kroger Shared Service Center-Hutchinson,
d/b/a Dillon Companies, Inc., d/b/a City
Market,

    Defendants.

---

**ORDER OF DISMISSAL**

---

This matter comes before the Court on the Order to Show Cause [Docket No. 4] issued by the Court on August 14, 2012.  In the August 14 order, the Court concluded that plaintiff's filings fail to adequately invoke the Court's federal question jurisdiction. The Court noted, however, that the complaint contains information indicating that the Court may be able to exercise diversity jurisdiction, but that there is insufficient information in the complaint to assure the Court that such is the case.  Therefore, the Court ordered plaintiff to show cause on or before Friday, August 24, 2012 why this case involves a dispute between citizens of different states and should not be dismissed for lack of subject matter jurisdiction.  Plaintiff did not file any response to the Court's order.  Therefore, it is

    **ORDERED** that, for the reasons provided in the Court's Order to Show Cause

[Docket No. 4], this case is dismissed for lack of subject matter jurisdiction.

DATED August 29, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge