IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02132-PAB-MJW

KATHERINE GRUIS,

Plaintiff(s),

v.

LORI HERALD, Kroger Accounting Services - Hutchinson,
DAVID B. DILLON, President, The Kroger Co., and
THE KROGER CO., dba KROGER SHARED SERVICE CENTER - HUTCHINSON,
dba DILLON COMPANIES, INC., dba CITY MARKET,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion for Leave of Court to Amend Complaint (Docket No. 21) is denied without prejudice. Plaintiff has not tendered a proposed Second Amended Complaint with her motion.

Date: June 27, 2013