**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02132-PAB-MJW

KATHERINE GRUIS,

      Plaintiff,

v.

LORI HERALD,
DAVID B. DILLON, and
THE KROGER CO., d/b/a Kroger Shared Service Center-Hutchinson,
d/b/a Dillon Companies, Inc., d/b/a City Market,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket

No. 25] of Judge Philip A. Brimmer, entered on January 17, 2014, it is

      **ORDERED** that the Recommendation of United States Magistrate Judge Michael

J. Watanabe [Docket No. 24] is **ACCEPTED**.  It is

      **FURTHER ORDERED** that the Motion to Dismiss Plaintiff's Amended Complaint

[Docket No. 14] filed by defendants LORI HERALD, DAVID B. DILLON, and THE

KROGER CO., d/b/a Kroger Shared Service Center-Hutchinson, d/b/a Dillon

Companies, Inc., d/b/a City Market ("The Kroger Co.") is **GRANTED**.  It is

      **FURTHER ORDERED** that plaintiff KATHERINE GRUIS shall recover nothing

and judgment shall enter in favor of defendants LORI HERALD, DAVID B. DILLON, and

THE KROGER CO. and against plaintiff KATHERINE GRUIS.  It is

    **FURTHER ORDERED** that this case and the claims contained therein are

dismissed.  It is

    **FURTHER ORDERED** that defendants LORI HERALD, DAVID B. DILLON, and

THE KROGER CO. are **AWARDED** their costs, to be taxed by the Clerk of the Court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 22nd day of January, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/Kathy Preuitt-Parks
                        Kathy Preuitt-Parks
                        Deputy Clerk